# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD BANYONG,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) |
| | )   **Civil No.: 1:17-cv-02579-APM** |
| **UNITY HEALTH CARE, INC.** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## STIPULATION OF DISMISSAL

The parties to this action, acting through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action, with prejudice, with each party to bear his or its own attorney's fees and costs.

Dated: July 10, 2018

                        Respectfully submitted,

                        GERALD B. BANYONG, Plaintiff
                        By Counsel

                        ___//s// Edgar Ndjatou_____
                        Edgar Ndjatou (DC Bar No. 1001665)
                        McCree Ndjatou, PLLC
                        1828 L Street, NW, Suite 600
                        Washington, D.C. 20036
                        T: (202) 290-3724
                        F: (202) 370-7173
                        endjatou@mnlawyerspllc.com
                        *Plaintiff's Counsel*

                                                                                           \_\_//s// Benjamin W. Hahn_____
Benjamin W. Hahn (DC Bar No. 446270)
HAHN LAW, LLC
1025 Connecticut Ave., NW, Suite 1000
Washington, DC 20036
Telephone: 202-828-1244
Email: hahn@hahnlawdc.com